FILED
 2014 Aug-14  PM 03:29
 U.S. DISTRICT COURT
   N.D. OF ALABAMA

```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF ALABAMA
                   MIDDLE DIVISION

JANICE TODD ELROD,            }
                              }
     Plaintiff,               }
                              }    CIVIL ACTION NO.
v.                            }    4:12-cv-4202-WMA
                              }
CAROLYN W. COLVIN, Acting     }
Commissioner of Social        }
Security,                     }
                              }
     Defendant.               }
```

### MEMORANDUM OPINION

Although plaintiff has not filed any timely objections to the report and recommendation entered by Magistrate Judge John Ott on July 25, 2014, the court nevertheless has not only reviewed the report and recommendation, but has review *de novo* the entire record upon which the report and recommendation is based.  Finding that the report and recommendation is correct, it is hereby AFFIRMED and ADOPTED as the opinion of the court.

A separate order will be entered.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE